No. 23-12159

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*Jane Doe et al.*,
Plaintiffs-Appellees,

v.

*Surgeon General, State of Florida et al.*,
Defendants-Appellants.

U.S. District Court for the Northern District of Florida, No. 4:23-cv-114
(Hinkle, J.)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Mohammad O. Jazil
Michael Beato
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690

*Counsel for Defendants-Appellants Florida Surgeon General, Florida Department of Health, Florida Board of Medicine and Individual Members, and Florida Board of Osteopathic Medicine and Individual Members*

Ashley Moody
*Attorney General of Florida*

Joseph E. Hart
*Counselor to the Attorney General*
PL-01 the Capitol
Tallahassee, FL 32399
(850) 414-3300

*Counsel for Defendants-Appellants William Gladson, Florida Surgeon General, and Florida Department of Health*

*Jane Doe et al. v. Surgeon General, State of Florida et al.*,
No. 23-12159

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Defendants-Appellants certify that the following have an interest in the outcome of this case:

1. Academic Pediatric Association, *Amicus*

2. Ackerman, Scot, *Defendant*

3. American Academy of Child and Adolescent Psychiatry, *Amicus*

4. American Academy of Family Physicians, *Amicus*

5. American Academy of Nursing, *Amicus*

6. American Academy of Pediatrics, *Amicus*

7. American Association of Physicians for Human Rights, Inc., *Amicus*

8. American College of Obstetricians and Gynecologists, *Amicus*

9. American College of Osteopathic Pediatricians, *Amicus*

10. American College of Physicians, *Amicus*

11. American Medical Association, *Amicus*

12. American Pediatric Society, *Amicus*

13. Antommaria, Armand, *Dekker Witness*[*]

---

[*] As the district court stated in its preliminary-injunction order, the preliminary injunction was decided on "the written filings in this case *and the record compiled in a separate case in this court with overlapping issues,* Dekker v. Weida*, No. 4:22cv325-RH-MAF*." Doc.90 at 2 (emphasis added). Therefore, expert and expert-related witnesses in the *Dekker* case are included in this CIP. The *Dekker* case is now on appeal in this Court. 23-12155.

*Jane Doe et al. v. Surgeon General, State of Florida et al.*,
No. 23-12159

14. Archer, Phil, *Former Defendant*

15. Aronberg, Dave, *Former Defendant*

16. Association of American Medical Colleges, *Amicus*

17. Association of Medical School Pediatric Department Chairs, Inc., *Amicus*

18. Baker, Kellan, *Dekker Witness*

19. Bakkedahl, Thomas, *Former Defendant*

20. Barsoum, Wael, *Defendant*

21. Bartlett, Bruce, *Former Defendant*

22. Basford, Larry, *Former Defendant*

23. Beato, Michael, *Counsel for Defendants*

24. Bell, Daniel, *Counsel for Defendants*

25. Benson, Matthew, *Defendant*

26. Boe, Bennett, *Plaintiff*

27. Boe, Brenda, *Plaintiff*

28. Brodsky, Ed, *Former Defendant*

29. Bruggeman, Brittany, *Declarant*

30. Bruno, Nichole, *Plaintiff Gavin Goe's Doctor*

31. Campbell, Jack, *Former Defendant*

32. Chriss, Simone, *Counsel for Plaintiffs*

33. Coe, Carla, *Plaintiff*

34. Coe, Christina, *Plaintiff*

35. Coffman, Gregory, *Defendant*

36. Creegan, Chris, *Defendant*

37. Derick, Amy, *Defendant*

38. Di Pietro, Tiffany, *Defendant*

39. Diamond, David, *Defendant*

40. Doe, Jane, *Plaintiff*

41. Doe, Susan, *Plaintiff*

42. Ducatel, Watson, *Defendant*

43. Dunn, Chelsea, *Counsel for Plaintiffs*

44. Durrett, John, *Former Defendant*

45. Edmiston, Kale, *Dekker Witness*

46. Endocrine Society, *Amicus*

47. Erchull, Christopher, *Counsel for Plaintiffs*

48. Florida Board of Medicine, *Defendant*

49. Florida Board of Osteopathic Medicine, *Defendant*

50. Florida Chapter of the American Academy of Pediatrics, *Amicus*

51. Foe, Fiona, *Plaintiff*

52. Foe, Freya, *Plaintiff*

53. Fox, Amira, *Former Defendant*

54. Garcia, Maria, *Defendant*

55. Ginsburg, Maya, *Counsel for Plaintiffs*

56. Gladson, William, *Defendant*

57. Goe, Gavin, *Plaintiff*

58. Goe, Gloria, *Plaintiff*

59. Goldberg, Noah, *Counsel for Amicus*

60. Haas, Brian, *Former Defendant*

61. Hart, Joseph, *Counsel for Defendants*

62. Hinkle, Robert, *U.S. District Court Judge*

63. Hruz, Paul William, *Dekker Witness*

64. Hunter, Patrick, *Defendant*

65. Hutton, Kim, *Dekker Witness*

66. Isasi, William, *Counsel for Amicus*

67. Jackson, Valerie, *Defendant*

68. Jacobs, Arthur, *Counsel for Former Defendants & Defendant*

69. Janssen, Aron Christopher, *Dekker Witness & Doe Declarant*

70. Jazil, Mohammad, *Counsel for Defendants*

71. Justice, Nicole, *Defendant*

72. Kaliebe, Kristopher Edward, *Dekker Witness*

73. Karasic, Dan, *Dekker Witness*

74. Kirsh, William, *Defendant*

75. Kramer, Brian, *Former Defendant*

76. Ladapo, Joseph, *Defendant*

77. Lannin, Cortlin, *Counsel for Amicus*

78. Lappert, Patrick, *Dekker Witness*

79. Larizza, R.J., *Former Defendant*

80. Levi, Jennifer, *Counsel for Plaintiffs*

81. Levine, Stephen, *Dekker Witness*

82. Loe, Linda, *Plaintiff*

83. Loe, Lisa, *Plaintiff*

84. Lopez, Susan, *Former Defendant*

85. Madden, Ginger, *Former Defendant*

86. Mandelbaum, Sara, *Counsel for Plaintiffs*

87. Minter, Shannon, *Counsel for Plaintiffs*

88. Mondry, Emily, *Counsel for Amicus*

89. Moody, Ashley, *Former Defendant*

90. Mortensen, Monica, *Defendant*

91. National Association of Pediatric Nurse Practitioners, *Amicus*

92. Nelson, Melissa, *Former Defendant*

93. Olson-Kennedy, Johanna, *Dekker Witness*

94. Pages, Luz, *Defendant*

95. Patel, Ami, *Counsel for Plaintiffs*

96. Pediatric Endocrine Society, *Amicus*

97. Peral, Stephanie, *Counsel for Plaintiffs*

98. Percival, James, *Counsel for Defendants*

99. Perko, Gary, *Counsel for Defendants*

100. Pimentel, Eleonor, *Defendant*

101. Poe, Patricia, *Plaintiff*

102. Poe, Paul, *Plaintiff*

103. Popkin, Kelly, *Counsel for Plaintiffs*

104. Pryor, Harold, *Former Defendant*

105. Redburn, Thomas, Jr., *Counsel for Plaintiffs*

106. Romanello, Nicholas, *Defendant*

107. Fernandez-Rundle, Katherine, *Former Defendant*

108. Schechter, Loren, *Dekker Witness*

109. Scott, Sophie, *Dekker Witness*

110. Shumer, Daniel, *Dekker Witness & Doe Declarant*

111. Silverman, Lawrence, *Counsel for Plaintiffs*

112. Societies for Pediatric Urology, *Amicus*

113. Society for Adolescent Health and Medicine, *Amicus*

114. Society for Pediatric Research, *Amicus*

115. Society of Pediatric Nurses, *Amicus*

116. Stafford, William, III, *Counsel for Defendants*

117. Starr, Jason, *Counsel for Plaintiffs*

118. Stoll, Christopher, *Counsel for Plaintiffs*

119. Veta, D. Jean, *Counsel for Amicus*

120. Vila, Hector, *Defendant*

121. Ward, Dennis, *Former Defendant*

122. Wasylik, Michael, *Defendant*

123. Weaver, Cynthia, *Counsel for Plaintiffs*

124. Whitaker, Henry, *Counsel for Defendants*

125. Williams, Gregory, *Defendant*

126. World Professional Association for Transgender Health, *Amicus*

127. Worrell, Monique, *Former Defendant*

128. Zachariah, Zachariah, *Defendant*

Per Circuit Rule 26.1-2(c), Defendants-Appellants certify that the CIP contained herein is complete.

Dated: July 10, 2023

/s/ Michael Beato
Counsel for Defendants-Appellants Florida Surgeon General, Florida Department of Health, Florida Board of Medicine and Individual Members, and Florida Board of Osteopathic Medicine and Individual Members

/s/ Joseph E. Hart
Joseph E. Hart
Counsel for Defendants-Appellants William Gladson, Florida Surgeon General, and Florida Department of Health

Dated: July 10, 2023

| | |
|---|---|
| */s/ Michael Beato* <br> Mohammad O. Jazil <br> Michael Beato <br> HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC <br> 119 South Monroe Street, Suite 500 <br> Tallahassee, FL 32301 <br> Phone: (850) 391-0503 <br> Facsimile: (850) 741-1023 <br> mjazil@holtzmanvogel.com <br> mbeato@holtzmanvogel.com <br> *Counsel for Defendants-Appellants Surgeon General, Florida Department of Health, Florida Board of Medicine and Individual Members, and Florida Board of Osteopathic Medicine and Individual Members* | Ashley Moody <br> *Attorney General of Florida* <br><br> */s/ Joseph E. Hart* <br> Joseph E. Hart <br> *Counselor to the Attorney General* <br> PL-01 the Capitol <br> Tallahassee, FL 32399 <br> Phone: (850) 414-3300 <br> joseph.hart@myfloridalegal.com <br> *Counsel for Defendants-Appellants William Gladson, Florida Surgeon General, and Florida Department of Health* |

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

Dated: July 10, 2023                               */s/ Michael Beato*
                                                    Michael Beato

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing certificate was filed on ECF. The foregoing was also emailed to opposing counsel, along with the Civil Appeal Statement.

Dated: July 10, 2023                               */s/ Michael Beato*
                                                    Michael Beato