No. 23-12159

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

*Jane Doe et al.*,
Plaintiffs-Appellees,

v.

*Surgeon General, State of Florida et al.*,
Defendants-Appellants.

U.S. District Court for the Northern District of Florida, No. 4:23-cv-114
(Hinkle, J.)

## AMENDED CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Mohammad O. Jazil
Michael Beato
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690

*Counsel for Defendants-Appellants Florida Surgeon General, Florida Board of Medicine and Individual Members, and Florida Board of Osteopathic Medicine and Individual Members*

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Defendants-Appellants certify that the following have an interest in the outcome of this case. Those underlined have been added since the initial brief was filed.

1. Abdul-Latif, Hussein, *Amicus*

2. Academic Pediatric Association, *Amicus*

3. Ackerman, Scot, *Defendant*

4. Ahmed, Aziza, *Amicus*

5. Alstott, Anne, *Amicus*

6. American Academy of Child and Adolescent Psychiatry, *Amicus*

7. American Academy of Family Physicians, *Amicus*

8. American Academy of Nursing, *Amicus*

9. American Academy of Pediatrics, *Amicus*

10. American Association of Physicians for Human Rights, Inc., *Amicus*

11. American College of Obstetricians and Gynecologists, *Amicus*

12. American College of Osteopathic Pediatricians, *Amicus*

13. American College of Physicians, *Amicus*

14. American Medical Association, *Amicus*

15. American Pediatric Society, *Amicus*

16. Andersen, Alison, *Counsel for Amicus*

1

17.     Antommaria, Armand, *Dekker Witness*[1]

18.     Archer, Phil, *Former Defendant*

19.     Aronberg, Dave, *Former Defendant*

20.     Association of American Medical Colleges, *Amicus*

21.     Association of Medical School Pediatric Department Chairs, Inc., *Amicus*

22.     Baker, Kellan, *Dekker Witness*

23.     Bakkedahl, Thomas, *Former Defendant*

24.     Barsoum, Wael, *Defendant*

25.     Bartlett, Bruce, *Former Defendant*

26.     Basford, Larry, *Former Defendant*

27.     Beato, Michael, *Counsel for Defendants*

28.     Bell, Daniel, *Counsel for Defendants*

29.     Benson, Matthew, *Defendant*

30.     <u>Blickenstaff, David, *Counsel for Amicus*</u>

31.     Boe, Bennett, *Plaintiff*

32.     Boe, Brenda, *Plaintiff*

33.     <u>Bridges, Khiara, *Amicus*</u>

---

[1] As the district court stated in its preliminary-injunction order, the preliminary injunction was decided on "the written filings in this case *and the record compiled in a separate case in this court with overlapping issues,* Dekker v. Weida*, No. 4:22cv325-RH-MAF.*" Doc.90 at 2 (emphasis added). Therefore, expert and expert-related witnesses in the *Dekker* case are included in this CIP. The *Dekker* case is now on appeal in this Court. 23-12155.

34.    Brodsky, Ed, *Former Defendant*

35.    Bruggeman, Brittany, *Declarant*

36.    Bruno, Nichole, *Plaintiff Gavin Goe's Doctor*

37.    Campbell, Jack, *Former Defendant*

38.    Chriss, Simone, *Counsel for Plaintiffs*

39.    Coe, Carla, *Plaintiff*

40.    Coe, Christina, *Plaintiff*

41.    Coffman, Gregory, *Defendant*

42.    Cohen, David, *Amicus*

43.    Cohen, I. Glenn, *Amicus*

44.    Creegan, Chris, *Defendant*

45.    Cryan, Michael, *Counsel for Amicus*

46.    Dandeneau, Debra, *Counsel for Amicus*

47.    Derick, Amy, *Defendant*

48.    Di Pietro, Tiffany, *Defendant*

49.    Diamond, David, *Defendant*

50.    Doe, Jane, *Plaintiff*

51.    Doe, Susan, *Plaintiff*

52.    Ducatel, Watson, *Defendant*

53.    Dunn, Chelsea, *Counsel for Plaintiffs*

54.    Durrett, John, *Former Defendant*

55. Edmiston, Kale, *Dekker Witness*

56. Endocrine Society, *Amicus*

57. Erchull, Christopher, *Counsel for Plaintiffs*

58. Florida Board of Medicine, *Defendant*

59. Florida Board of Osteopathic Medicine, *Defendant*

60. Florida Chapter of the American Academy of Pediatrics, *Amicus*

61. Foe, Fiona, *Plaintiff*

62. Foe, Freya, *Plaintiff*

63. Fox, Amira, *Former Defendant*

64. Galarneau, Charlene, *Amicus*

65. Garcia, Maria, *Defendant*

66. Ginsburg, Maya, *Counsel for Plaintiffs*

67. Gladson, William, *Defendant*

68. Goe, Gavin, *Plaintiff*

69. Goe, Gloria, *Plaintiff*

70. Goldberg, Noah, *Counsel for Amicus*

71. Grossman, Joanna, *Amicus*

72. Haas, Brian, *Former Defendant*

73. Hart, Joseph, *Counsel for Defendants*

74. Hartnett, Kathleen, *Counsel for Amicus*

75. Helstrom, Zoe, *Counsel for Amicus*

76.    Hinkle, Robert, *U.S. District Court Judge*

77.    Hruz, Paul William, *Dekker Witness*

78.    Hunter, Patrick, *Defendant*

79.    Hutton, Kim, *Dekker Witness*

80.    Ikemoto, Lisa, *Amicus*

81.    Isasi, William, *Counsel for Amicus*

82.    Jackson, Valerie, *Defendant*

83.    Jacobs, Arthur, *Counsel for Former Defendants & Defendant*

84.    Janssen, Aron Christopher, *Dekker Witness & Doe Declarant*

85.    Jazil, Mohammad, *Counsel for Defendants*

86.    Justice, Nicole, *Defendant*

87.    Kaliebe, Kristopher Edward, *Dekker Witness*

88.    Kamody, Rebecca, *Amicus*

89.    Kang, Katelyn, *Counsel for Amicus*

90.    Karasic, Dan, *Dekker Witness*

91.    Kirsh, William, *Defendant*

92.    Kramer, Brian, *Former Defendant*

93.    Kuper, Laura, *Amicus*

94.    Ladapo, Joseph, *Defendant*

95.    Lannin, Cortlin, *Counsel for Amicus*

96.    Lappert, Patrick, *Dekker Witness*

5

97.     Larizza, R.J., *Former Defendant*

98.     Levi, Jennifer, *Counsel for Plaintiffs*

99.     Levine, Stephen, *Dekker Witness*

100.    Loe, Linda, *Plaintiff*

101.    Loe, Lisa, *Plaintiff*

102.    Lopez, Susan, *Former Defendant*

103.    Madden, Ginger, *Former Defendant*

104.    Mandelbaum, Sara, *Counsel for Plaintiffs*

105.    Manian, Maya, *Amicus*

106.    McNamara, Meredithe, *Amicus*

107.    Minter, Shannon, *Counsel for Plaintiffs*

108.    Mondry, Emily, *Counsel for Amicus*

109.    Moody, Ashley, *Former Defendant*

110.    Mor, Yuval, *Counsel for Amicus*

111.    Mortensen, Monica, *Defendant*

112.    National Association of Pediatric Nurse Practitioners, *Amicus*

113.    Nelson, Melissa, *Former Defendant*

114.    Oberman, Michelle, *Amicus*

115.    Olson-Kennedy, Johanna, *Dekker Witness*

116.    Pages, Luz, *Defendant*

117.    Patel, Ami, *Counsel for Plaintiffs*

118.   Pediatric Endocrine Society, *Amicus*

119.   Peral, Stephanie, *Counsel for Plaintiffs*

120.   Percival, James, II, *Counsel for Defendants*

121.   Perko, Gary, *Counsel for Defendants*

122.   Pimentel, Eleonor, *Defendant*

123.   Poe, Patricia, *Plaintiff*

124.   Poe, Paul, *Plaintiff*

125.   Popkin, Kelly, *Counsel for Plaintiffs*

126.   Pryor, Harold, *Former Defendant*

127.   <u>Purvis, Dara</u>, *Amicus*

128.   <u>Rebouche, Rachel</u>, *Amicus*

129.   Redburn, Thomas, Jr., *Counsel for Plaintiffs*

130.   Romanello, Nicholas, *Defendant*

131.   Rundle, Katherine, *Former Defendant*

132.   Schechter, Loren, *Dekker Witness*

133.   Scott, Sophie, *Dekker Witness*

134.   Shumer, Daniel, *Dekker Witness & Doe Declarant*

135.   <u>Silbey, Jessica</u>, *Amicus*

136.   Silverman, Lawrence, *Counsel for Plaintiffs*

137.   Societies for Pediatric Urology, *Amicus*

138.   Society for Adolescent Health and Medicine, *Amicus*

139.    Society for Pediatric Research, *Amicus*

140.    Society of Pediatric Nurses, *Amicus*

141.    Spektrum Health, Inc., *Amicus*

142.    Stafford, William, III, *Counsel for Defendants*

143.    Starr, Jason, *Counsel for Plaintiffs*

144.    Stoll, Christopher, *Counsel for Plaintiffs*

145.    SunServe, *Amicus*

146.    Szilagyi, Nathalie, *Amicus*

147.    Transgender Health Education Network, *Amicus*

148.    TransSocial, *Amicus*

149.    Ulrich, Michael, *Amicus*

150.    Veroff, Julie, *Counsel for Amicus*

151.    Veta, D. Jean, *Counsel for Amicus*

152.    Vigil, Anegla, *Counsel for Amicus*

153.    Vila, Hector, *Defendant*

154.    Ward, Dennis, *Former Defendant*

155.    Wasylik, Michael, *Defendant*

156.    Weaver, Cynthia, *Counsel for Plaintiffs*

157.    Whitaker, Henry, *Counsel for Defendants*

158.    Williams, Gregory, *Defendant*

159.    World Professional Association for Transgender Health, *Amicus*

8

160.    Worrell, Monique, *Former Defendant*

161.    Zachariah, Zachariah, *Defendant*

Per Circuit Rule 26.1-2(c), Defendants-Appellants certify that the CIP contained herein is complete.

Dated: November 27, 2023

 /s/ Michael Beato
Mohammad O. Jazil
Michael Beato
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
Phone: (850) 391-0503
Facsimile: (850) 741-1023
mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com
*Counsel for Defendants-Appellants Surgeon General, Florida Board of Medicine and Individual Members, and Florida Board of Osteopathic Medicine and Individual Members*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

Dated: November 27, 2023

*/s/ Michael Beato*
Michael Beato

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing certificate was filed on ECF.

Dated: November 27, 2023

*/s/ Michael Beato*
Michael Beato

9