No. 23-12159

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*Jane Doe et al.*,
Plaintiffs-Appellees,

v.

*Surgeon General, State of Florida et al.*,
Defendants-Appellants.

U.S. District Court for the Northern District of Florida, No. 4:23-cv-114
(Hinkle, J.)

## DEFENDANTS-APPELLANTS' UNOPPOSED MOTION TO DISMISS

Mohammad O. Jazil
Michael Beato
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690

*Counsel for Defendants-Appellants Florida Surgeon General, Florida Department of Health, and the Board Members*

Ashley Moody
*Attorney General of Florida*

Henry Whitaker
*Solicitor General of Florida*
PL-01 the Capitol
Tallahassee, FL 32399
(850) 414-3300

*Counsel for Defendants-Appellants William Gladson, Florida Surgeon General, and Florida Department of Health*

*Jane Doe et al. v. Surgeon General, State of Florida et al.*,
No. 23-12159

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Appellate Procedure 26.1, and Local Rule 26.1, Defendants-Appellants certify that the following have an interest in this case.

1. Abdul-Latif, Hussein, *Amicus*

2. Academic Pediatric Association, *Amicus*

3. Ackerman, Scot, *Defendant*

4. Ahmed, Aziza, *Amicus*

5. Alstott, Anne, *Amicus*

6. American Academy of Child and Adolescent Psychiatry, *Amicus*

7. American Academy of Family Physicians, *Amicus*

8. American Academy of Nursing, *Amicus*

9. American Academy of Pediatrics, *Amicus*

10. American Association of Physicians for Human Rights, Inc., *Amicus*

11. American College of Obstetricians and Gynecologists, *Amicus*

12. American College of Osteopathic Pediatricians, *Amicus*

13. American College of Physicians, *Amicus*

14. American Medical Association, *Amicus*

15. American Pediatric Society, *Amicus*

16. Andersen, Alison, *Counsel for Amicus*

17. Antommaria, Armand, *Dekker Witness*

*Jane Doe et al. v. Surgeon General, State of Florida et al.*,
No. 23-12159

18. Archer, Phil, *Former Defendant*

19. Aronberg, Dave, *Former Defendant*

20. Association of American Medical Colleges, *Amicus*

21. Association of Medical School Pediatric Department Chairs, Inc., *Amicus*

22. Baker, Kellan, *Dekker Witness*

23. Bakkedahl, Thomas, *Former Defendant*

24. Barsoum, Wael, *Defendant*

25. Bartlett, Bruce, *Former Defendant*

26. Basford, Larry, *Former Defendant*

27. Beato, Michael, *Counsel for Defendants*

28. Bell, Daniel, *Former Counsel for Defendants*

29. Benson, Matthew, *Defendant*

30. Biggs, Michael, *Dekker Witness*

31. Blickenstaff, David, *Counsel for Amicus*

32. Boe, Bennett, *Former Plaintiff*

33. Boe, Brenda, *Former Plaintiff*

34. Brackett, Matthew, *Dekker Witness*

35. Bridges, Khiara, *Amicus*

36. Brodsky, Ed, *Former Defendant*

37. Bruggeman, Brittany, *Witness*

38. Bruno, Nichole, *Plaintiff Gavin Goe's Doctor*

*Jane Doe et al. v. Surgeon General, State of Florida et al.*,
No. 23-12159

39. Campbell, Jack, *Former Defendant*

40. Cantor, James, *Dekker Witness*

41. Chriss, Simone, *Counsel for Plaintiffs*

42. Clemens, Jonathan, *Witness*

43. Coe, Carla, *Former Plaintiff*

44. Coe, Christina, *Former Plaintiff*

45. Coffman, Gregory, *Defendant*

46. Cohen, David, *Amicus*

47. Cohen, I. Glenn, *Amicus*

48. Creegan, Chris, *Defendant*

49. Cruz Evia, Rebecca, *Former Plaintiff*

50. Cryan, Michael, *Counsel for Amicus*

51. Dandeneau, Debra, *Counsel for Amicus*

52. Derick, Amy, *Defendant*

53. Di Pietro, Tiffany, *Defendant*

54. Diamond, David, *Defendant*

55. Doe, Jane, *Plaintiff*

56. Doe, Susan, *Plaintiff*

57. Ducatel, Watson, *Defendant*

58. Dunn, Chelsea, *Counsel for Plaintiffs*

59. Durrett, John, *Former Defendant*

60. Edmiston, Kale, *Dekker Witness*

61. Endocrine Society, *Amicus*

62. English, Jeffrey, *Dekker Witness*

63. Erchull, Christopher, *Counsel for Plaintiffs*

64. Florida Agency for Healthcare Administration, *Dekker Defendant*

65. Florida Board of Medicine, *Former Defendant*

66. Florida Board of Osteopathic Medicine, *Former Defendant*

67. Florida Chapter of the American Academy of Pediatrics, *Amicus*

68. Foe, Fiona, *Former Plaintiff*

69. Foe, Freya, *Former Plaintiff*

70. Fox, Amira, *Former Defendant*

71. Galarneau, Charlene, *Amicus*

72. Garcia, Maria, *Defendant*

73. Ginsburg, Maya, *Counsel for Plaintiffs*

74. Gladson, William, *Defendant*

75. Goe, Gavin, *Plaintiff*

76. Goe, Gloria, *Plaintiff*

77. Goldberg, Noah, *Counsel for Amicus*

78. Grossman, Joanna, *Amicus*

79. Haas, Brian, *Former Defendant*

80. Hamel, Lucien, *Plaintiff*

81.  Hart, Joseph, *former Counsel for Defendants*

82.  Hartnett, Kathleen, *Counsel for Amicus*

83.  Helstrom, Zoe, *Counsel for Amicus*

84.  Hinkle, Robert, *U.S. District Court Judge*

85.  Hruz, Paul William, *Dekker Witness*

86.  Hunter, Patrick, *Defendant*

87.  Hutton, Kim, *Dekker Witness*

88.  Ikemoto, Lisa, *Amicus*

89.  Isasi, William, *Counsel for Amicus*

90.  Jackson, Valerie, *Defendant*

91.  Jacobs, Arthur, *Counsel for Former Defendants& Defendant*

92.  Janssen, Aron Christopher, *Dekker Witness & Witness*

93.  Jazil, Mohammad, *Counsel for Defendants*

94.  Justice, Nicole, *Defendant*

95.  Kaliebe, Kristopher Edward, *Dekker Witness*

96.  Kamody, Rebecca, *Amicus*

97.  Kang, Katelyn, *Counsel for Amicus*

98.  Karasic, Dan, *Dekker Witness & Witness*

99.  Kirsh, William, *Defendant*

100. Kramer, Brian, *Former Defendant*

101. Kuper, Laura, *Amicus*

102. Ladapo, Joseph, *Defendant*

103. Langford, Vernon, *Witness*

104. Lannin, Cortlin, *Counsel for Amicus*

105. Lappert, Patrick, *Dekker Witness*

106. Larizza, R.J., *Former Defendant*

107. Levi, Jennifer, *Counsel for Plaintiffs*

108. Levine, Stephen, *Dekker Witness & Witness*

109. Loe, Linda, *Former Plaintiff*

110. Loe, Lisa, *Former Plaintiff*

111. Lopez, Susan, *Former Defendant*

112. Madden, Ginger, *Former Defendant*

113. Mandelbaum, Sara, *Counsel for Plaintiffs*

114. Manian, Maya, *Amicus*

115. Marstiller, Simone, *Dekker Former Defendant*

116. McNamara, Meredithe, *Amicus*

117. Minter, Shannon, *Counsel for Plaintiffs*

118. Mondry, Emily, *Counsel for Amicus*

119. Moody, Ashley, *Former Defendant*

120. Mor, Yuval, *Counsel for Amicus*

121. Mortensen, Monica, *Defendant*

122. Nangia, Geeta, *Dekker Witness*

123. National Association of Pediatric Nurse Practitioners, *Amicus*

124. Nelson, Melissa, *Former Defendant*

125. Noel, Olivia, *Former Plaintiff*

126. Oberman, Michelle, *Amicus*

127. Olson-Kennedy, Johanna, *Dekker Witness*

128. Pages, Luz, *Defendant*

129. Patel, Ami, *Counsel for Plaintiffs*

130. Pediatric Endocrine Society, *Amicus*

131. Peral, Stephanie, *Counsel for Plaintiffs*

132. Percival, James, II, *Counsel for Defendants*

133. Perko, Gary, *Counsel for Defendants*

134. Pimentel, Eleonor, *Defendant*

135. Poe, Patricia, *Former Plaintiff*

136. Poe, Paul, *Former Plaintiff*

137. Pope, Kai, *Former Plaintiff*

138. Popkin, Kelly, *Counsel for Plaintiffs*

139. Pratt, Joshua, *former Counsel for Defendants*

140. Pryor, Harold, *Former Defendant*

141. Purvis, Dara, *Amicus*

142. Rebouche, Rachel, *Amicus*

143. Redburn, Thomas, Jr., *Counsel for Plaintiffs*

144. Roman, Sven, *Witness*

145. Romanello, Nicholas, *Defendant*

146. Rundle, Katherine, *Former Defendant*

147. Schechter, Loren, *Dekker Witness*

148. Scott, Sophie, *Dekker Witness*

149. Shumer, Daniel, *Dekker Witness & Witness*

150. Silbey, Jessica, *Amicus*

151. Silverman, Lawrence, *Counsel for Plaintiffs*

152. Societies for Pediatric Urology, *Amicus*

153. Society for Adolescent Health and Medicine, *Amicus*

154. Society for Pediatric Research, *Amicus*

155. Society of Pediatric Nurses, *Amicus*

156. Spektrum Health, Inc., *Amicus*

157. Stafford, William, III, *Counsel for Defendants*

158. Starr, Jason, *Counsel for Plaintiffs*

159. Stoll, Christopher, *Counsel for Plaintiffs*

160. SunServe, *Amicus*

161. Szilagyi, Nathalie, *Amicus*

162. Transgender Health Education Network, *Amicus*

163. TransSocial, *Amicus*

164. Ulrich, Michael, *Amicus*

*Jane Doe et al. v. Surgeon General, State of Florida et al.*,
No. 23-12159

165. Van Meter, Quentin, *Dekker Witness*

166. Van Mol, Andre, *Dekker Witness*

167. Veroff, Julie, *Counsel for Amicus*

168. Veta, D. Jean, *Counsel for Amicus*

169. Vigil, Anegla, *Counsel for Amicus*

170. Vila, Hector, *Defendant*

171. Ward, Dennis, *Former Defendant*

172. Wasylik, Michael, *Defendant*

173. Weaver, Cynthia, *Counsel for Plaintiffs*

174. Weida, Jason, *Dekker Defendant*

175. Whitaker, Henry, *Counsel for Defendants*

176. Williams, Gregory, *Defendant*

177. Witthoeft, Emily, *Counsel for Defendants*

178. World Professional Association for Transgender Health, *Amicus*

179. Worrell, Monique, *Former Defendant*

180. Zachariah, Zachariah, *Defendant*

181. Zanga, Joseph, *Dekker Witness*

Per Circuit Rule 26.1-2(c), Defendants-Appellants certify that the CIP contained herein is complete.

Dated: July 2, 2024

| /s/ Mohammad O. Jazil | /s/ Henry Whitaker |
|---|---|
| Counsel for Defendants-Appellants Florida Surgeon General, Florida Department of Health, and the Board Members | Counsel for Defendants-Appellants William Gladson, Florida Surgeon General, and Florida Department of Health |

## MEMORANDUM

Defendants-Appellants move this Court under Federal Rule of Appellate Procedure 42(b)(2), and Local Rule 42-1(a), to dismiss this appeal. Plaintiffs-Appellees don't oppose this motion, and the parties agree to bear their own appellate costs.

Dated: July 2, 2024

| | |
|---|---|
| /s/ Mohammad O. Jazil | Ashley Moody |
| Mohammad O. Jazil | *Attorney General of Florida* |
| Michael Beato | |
| HOLTZMAN VOGEL BARAN | /s/ Henry Whitaker |
| TORCHINSKY & JOSEFIAK PLLC | Henry Whitaker |
| 119 South Monroe Street, Suite 500 | *Solicitor General of Florida* |
| Tallahassee, FL 32301 | PL-01 the Capitol |
| Phone: (850) 391-0503 | Tallahassee, FL 32399 |
| Facsimile: (850) 741-1023 | Phone: (850) 414-3300 |
| mjazil@holtzmanvogel.com | henry.whitaker@myfloridalegal.com |
| mbeato@holtzmanvogel.com | |

*Counsel for Defendants-Appellants Surgeon General, Florida Department of Health, and the Florida Board Members*

*Counsel for Defendants-Appellants William Gladson, Florida Surgeon General, and Florida Department of Health*

## CERTIFICATE OF COMPLIANCE

This motion contains 35 words, excluding the parts that can be excluded. It also complies with Rule 32(a)(5)-(6) because it's prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: July 2, 2024                                                     /s/ Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing certificate was filed on ECF.

Dated: July 2, 2024                                                     /s/ Mohammad O. Jazil

2