# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 08, 2024

Clerk - Northern District of Florida
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301

Appeal Number: 23-12159-JJ
Case Style: Jane Doe, et al v. Surgeon General, State of Florida, et al
District Court Docket No: 4:23-cv-00114-RH-MAF

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-12159-JJ

_____

JANE DOE,
Individually and on Behalf of Her Minor Daughter,
SUSAN DOE,
Individually and on Behalf of Her Minor Son,
BRENDA BOE,
Individually and on Behalf of Her Minor Son,
BENNETT BOE,
CARLA COE,
Individually and on Behalf of Her Minor Daughter, et al.,

                                                                                     Plaintiffs - Appellees,

versus

SURGEON GENERAL, STATE OF FLORIDA, FLORIDA
BOARD OF MEDICINE,
In Their Official Capacities as Members of the Florida
Board of Osteopathic Medicine,
SCOT ACKERMAN,
In Their Official Capacity as Members of the Florida
Board of Medicine,
NICHOLAS WILLIAM ROMANELLO,
In Their Official Capacity as Members of the Florida
Board of Medicine,
WAEL BARSOUM,
In Their Official Capacities as Members of the Florida
Board of Medicine,
MATTHEW R. BENSON,
In Their Official Capacities as Members of the Florida
Board of Medicine, et al.,

                                                                          Defendants - Appellants,

ATTORNEY GENERAL, STATE OF FLORIDA, et al.,

                                                                                Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellants Florida Board of Medicine, Surgeon General, State of Florida, Scot Ackerman, Nicholas William Romanello, Wael Barsoum, Matthew R. Benson, Gregory Coffman, Amy Derick, David Diamond and Patrick Hunter is GRANTED by clerk [10238019-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective July 08, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION